UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 05-2240-KHV |
| ) | |
| $9,500.00 IN UNITED STATES ) | |
| CURRENCY, More or less, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **ORDER**

Upon reading the Verified Complaint of Forfeiture In Rem, in the above styled case and the affidavit of Eric Jones, Task Force Officer, Drug Enforcement Administration, I find and conclude on the evidence before me at this time that probable cause exists to believe that the above-captioned defendant property was furnished or intended to be furnished in exchange for a controlled substance, or constitutes proceeds traceable to such an exchange, or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 et seq.

Based upon the above findings and conclusions,

IT IS HEREBY ORDERED that the Clerk of the District Court shall forthwith issue a Warrant of Arrest of Property for the defendant property.

IT IS ALSO HEREBY ORDERED THAT THE Notice of Arrest in this action shall be published in the Kansas City Kansan, 901 N. 8th Street, Kansas City, Kansas 66101.

SO ORDERED this 13th day of June, 2005.

                                                      s/ Kathryn H. Vratil
                                                      KATHRYN H. VRATIL
                                                      UNITED STATES DISTRICT JUDGE