UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 05-2240-KHV |
| | ) | |
| $9,500.00 IN UNITED STATES CURRENCY, More or less, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**FINAL ORDER OF FORFEITURE**

Plaintiff United States of America has moved the Court to enter a default against all persons and entities for failure to file a claim or answer in this proceeding and for a final order of forfeiture forfeiting the above defendant to the United States.

IT IS THEREFORE ORDERED that defendant $9,500.00 in United States currency, more or less is hereby forfeited to the United States of America pursuant to 21 U.S.C. 881 et seq. No other persons or entities shall have any interest in said defendant and the United States shall dispose of said defendant according to law.

SO ORDERED this 28th day of November, 2005.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
UNITED STATES DISTRICT JUDGE